September 5, 2025

Advocacy Letter for David Anthony Snell

Dear Honorable Judge,

I am writing this letter as a personal advocate for David Snell. I am 33 years old and currently reside in New York City, where I work at a real estate investment firm at which I was the first employee when the firm was founded in 2017, and which has now grown to nearly 40 employees.

I have known David for 10 years (most of my adult life) due to a strong friendship originally developed with his brother Matthew, but which has since grown into a lovely relationship with the entire Snell family. I met Matthew in Dallas, and we have been the best of friends ever since. I later officiated Matthew's wedding, even though I had since moved to New York City for my career.

Their parents, David and Phyllis Snell, are simply wonderful and incredibly kind people, and in all of my experiences with their sons over the years, I must stress to you that the love and bonds that the family have for each other, and the respect that the sons have for their parents, is apparent and inspiring. Each member of the family has always been more than welcoming and hospitable to me, and I can honestly say that the way that they live their lives and their family have always been something I look up to. I have also met members of their extended family on several occasions as well, and they are all similarly passionate, kind and caring people.

As a result of the love and respect that I have for this family, I felt that I had no choice but to write this letter if there is any chance that it could help their and David's situation, which I am certain has caused unimaginable amounts of pain to the entire family.

With respect to David specifically, I recall on numerous occasions being impressed at and having deep respect for his enthusiasm for teaching and coaching, professions significantly more honorable and meaningful than mine. I always found him to be unfailingly honest, reliable, serious and thoughtful in all matters that I ever discussed with him. To say that I was shocked by the allegations is a significant understatement.

While I recognize that the charges are very serious, and I do not know any relevant details, so I of course defer to your judgement and experience, I believe that the time he has already served and the loss of his former life combined with the pain he knows that he has caused his family and friends have already been a significant and serious punishment. In addition, knowing this family, I know that David would have a significant support group available to him as he moves forward with his life. If there is any way to show leniency or mercy in your decision with respect to this matter, I would greatly appreciate it and do sincerely believe that it would help this otherwise very good and upstanding family begin to move on from the hurt they have been experiencing.

Respectfully,

Andrew Fiepke

May 29, 2025

Subject:    Advocacy Letter for David Anthony Snell

Dear Honorable Judge:

I am writing this letter on behalf of my nephew, David Anthony Snell.

I am 75 years old and have been continuously employed as an office worker in a variety of industries such as a Library, a Bank, and a Paper Mill since the age of 15.

After relocating to the Commonwealth of Virginia in 1985, I have been employed as the Office Manager at Production Metal Finishers, Inc., located in Richmond, Virginia.

My nephew's life has consisted of successfully completing his scholastic education as well as athletic endeavors.  Throughout his high school and college years, he never strayed and never got into any kind of trouble whatsoever.

After college, my nephew went on to achieve a successful work life, continuing his abilities and talents in education and athletics by teaching, coaching, and encouraging others.  He consistently inspired his students and student athletes to work to their full potential.

Even in his current situation, my nephew continues to inspire me and encourages me to be more physically active and more socially engaged.  My nephew has many talents.  His family and friends anticipate his return to us all as a productive member of society.

I respectfully and sorrowfully implore Your Honor to grant your mercy to my beloved nephew, David Anthony Snell.

Respectfully,


Eda Marie Longhin

11728 Park Forest Court

Glen Allen, Virginia 23059

Joan Longhin Howard
510 E. 2nd Street
Dayton, OH 45402


July 16, 2025


Dear Honorable Judge,

I am writing this letter to ask for mercy for David Anthony Snell.  My name is Joan Longhin Howard and I am David's aunt and godmother.  David is deeply loved and comes from a family that has and always will be supportive.  His extended family is close and includes aunts, uncles and cousins who care for and support each other through life's challenges and blessings.

David is committed to his family and friends and has provided guidance, counsel, support and assistance to all of us.  He has coached his cousins to help them improve their soccer skills, he has encouraged, supported, and provided counsel to friends to help them continue their education and advance their careers, and he has provided assistance to his aunts and uncles with tasks that have become more difficult with age.

In my over 30 years of experience as Vice President of Human Resources in health care, I have hired, coached and developed so many employees who have had a profound effect on me.  The most impactful were those that were given a second chance and not only became outstanding employees but also demonstrated a desire to be a better person through ongoing self-awareness and a commitment to improving.  David Anthony Snell is one of those people who deserves a second chance.  He will do everything he can to be the best person he can be, and he has the support of his extended family who will always be here for him and will always love him.


Sincerely,

Joan Longhin Howard

Joan Longhin Howard

FROM THE DESK OF

# Timothy Walker

The Honorable Justice Thomas M. Rose, Senior Judge
United States District Court, Southern District of Ohio
Walter H. Rice Federal Building and U.S. Courthouse, Room 910
200 West Second Street
Dayton, Ohio, 45402

Re: David A. Snell, Defendant, Anthony Cicero Attorney

Dear Judge Rose,

To Introduce myself, I am the former Bailiff for the Honorable Judge, John W. Kessler, Presiding and Administrative Judge of the Montgomery County Common Pleas Court. I had the pleasure of serving for Judge Kessler from 1986-2004, when I retired. I was formerly employed as a supervisor in The Adult Probation Department, and The Montgomery County Prosecutor's Office Diversion Program. I spent my entire career in the Criminal Justice System. I have not had the pleasure of meeting you, but have known Judge Walter Rice since I became Judge Kessler's Bailiff.

My wife Valerie and I met the defendant's parents, Mr. David A. and Phyllis Snell in late 2002, and immediately became fast friends with all things Dayton history, and people in Dayton whom we had common relationships. We have enjoyed numerous dinner occasions at local restaurants, each other's homes, and other social activities, and Christmas parties. We met his sons Matthew and David during their Christmas party of 2003, and were surprised that their father had told them so much about me and our commonalities. We spent the most enjoyable evening getting to know their sons as well as Phyllis's family.

As to David Snell's son David, and his current very disturbing situation, Valerie and I were completely shocked and in disbelief of the accusations. I could not even imagine David finding himself in this horrifying predicament, but after sitting through over 150 trials in common pleas court, I understood the dire actions and consequences of those actions to the victims and families of the parties. I believe David must have deep rooted psychological issues that could go undetected until they are. But based on my professional experience, and personal experience with David's parents and their conscientiousness in the upbringing and instruction of character taught to him, I believe with the help of professional counseling, he could absolutely benefit and understand the wrongfulness of his actions.

I respectfully submit that even though there is mandatory incarceration in this case, that the Court take consideration of his background and upbringing, as well as any psychological counseling the victim may require from this case.

Thank you Your Honor

Sincerely,

Timothy M. Walker, 2508 Hillview Avenue, Oakwood, Ohio, 45419, 937-239-323

Subject:  David Anthony Snell – Advocacy Letter                    December 1, 2025

Dear Honorable Judge Rose:

I'm Phyllis Snell, David Anthony Snells' mother, writing this letter on behalf of my son.
The David I've known for 37 years was a  thoughtful, caring, intelligent, athletic son.

Davids' early life was tough, he struggled with medical issues;  was shorter than most kids
his age; and was bullied in grade school.
However, in middle school, he found a deep love of History, Soccer, new friends, etc.
Made the varsity soccer team in high school
He attended University of Cincinnati, worked hard, made the deans list;  received Bachelor of
Arts degree in History, in 2012.

After college he taught History at Northwestern Middle School and Winton Woods High School.
He was also Varsity Soccer Coach at Winton Woods High School– and very successful, even
acknowledged in a Cincinnati newspaper..

David changed his career path from teaching,  to working at, assisting and managing daycares.
In May 2024 he beat 400 or more applicants and was hired as Director at a new Mini University
Campus.  David also got married in May 2024.  We weren't aware at that time, but David
was also in major debt.

In Jail, David has become an even more avid reader; books his aunts and cousins send him,
and also books provided in prison regarding alcoholism, religion, coping in prison.
He runs at least a mile every day on the track, working-out, also.
David has indicated he'd like to teach prisoners, at some point in time.

Over the years many teachers and principals  casually mentioned how David was a good
influence, and some also wrote recommendation letters for him, which I've shared.

Never would we imagine David would be involved in Online, dark pornography.
Dozens of males have committed Suicide as a result of Online porn; Others are being
Blackmailed. Texas is requiring I.D., age verification, to access, participate on these
Websites.  At the very least, we need PSA's warning all males.

David will always have our full love and support.  I respectfully implore Your Honor to grant
Consideration and Mercy to our son David Anthony Snell.

Sincerely,

Phyllis Snell

The Honorable Justice Thomas M. Rose, Senior Judge

Regarding David A. Snell, defendant, Tony Cicero, Attorney

Dear Judge Rose,

I'm David's dad & I believe in David's potential to become a productive member of society. The following are just a few examples of many in which he turned it around for the better.

David's acceptance to the University of Cincinnati was conditional on his participating in the (CAT) program, Center for Access and Transition. *It was determined that he lacked some of the Core curriculum required by U.C. These classes were in addition to his freshman workload. As a parent, I was a bit nervous. I shouldn't have been. David embraced the program and his other classes, and he earned his degree on time. In addition, he made the "Dean's list" consistently for the remainder of his degree.*

*David has always had, and still has, a love of soccer. He was offered a teaching and coaching position at Winton Woods High School. He taught Social Studies and history and coached the boys' varsity soccer team. In his first season, they won more matches than in the last 10 years. He took a group of players from 4 different countries and languages and molded them into an impressive team. The following season, the Warriors earned their first playoff appearance in memory. The Cincinnati Enquirer had an excellent article about the team and Coach Snell's successes. David also received the "Fall Coach of the Year Award" for 2016.*

Since his time at U.C., David has become a carnivorous reader. Enjoying John Grishman and while at Butler County Jail, David recently finished "Purpose Driven Life" by Rick Warren. David would like to create a curriculum around this book to share with other inmates.

Your Honor, you mentioned during the last hearing that your objective is not to over-punish David. Those words are a great comfort to me, and I appreciate them.

David A. Snell

David A. Snell

July 21, 2025

Dear Honorable Judge,

Thank you for taking the time to consider my letter requesting mercy for my cousin, David Anthony Snell.  My name is Dena Sabbagh, and I vividly remember meeting David for the first time shortly after he was born. Being more than a decade older, I've always had the opportunity to watch David grow and develop into the adult he has become today.

While I was student teaching during my senior year at the University of Dayton, I was in the same district that David and his older brother attended, teaching middle school kids at the same age level, many of whom were friends or teammates of my cousins. David wasn't the smartest, and he wasn't most popular, but everyone knew him. They reaffirmed my experience when they told me that he was one of the hardest workers in his peer group. They told me that he would make mistakes, but pick himself back up time and again and keep trying. They told me that he was a huge support to them, whether as a willing listener or active helper. School wasn't always easy for him, but like the rest of our family, David has always appreciated the value of education and wanted to help other students have that opportunity too.

That trend of finding people in my volunteer organizations or social groups that also knew David has never ended. Unless you were his opponent on the soccer field, if you were talking to me about David, I would hear how genuine his love for teaching and coaching were. I'd hear about his endless enthusiasm for encouraging others to have a growth mindset. I'd hear that you could always count on him. Those conversations, and witnessing him work with children were two big reasons that I've always been happy to be a referral as he pursued a teaching license and different employment opportunities. I even had the opportunity to observe at one of his student teaching placements when he was the teacher and I was the parent.

It's been a pleasure to be adults with David. He's spent a great deal of time with my four kids that currently range in age from 23 to 13. They have considered him to be a role model and support for them as they grow into adults. When my mother passed away unexpectedly, David was the only person to routinely stop by to check in on my father even though they didn't previously have a close relationship. At holidays and milestones and school performances, David was always there cheering on my kids. "David missed this," is something I've heard many times over the almost year that he has been gone.

In my immediate family, David will have a lot of work to do to rebuild trust. The pieces we have heard in the media are very upsetting and will not be quickly forgotten. Forgiveness will take time, and I'm not sure that we will be able to forget. My children, husband, and I are withholding judgement until David can tell us his side of the story. But we are not turning our backs on him. Family is everything. We are patiently and prayerfully waiting for the chance to first embrace him, and then yell at him, and probably alternate those for a while like all good Italian families.

Life as David knew it no longer exists. He has been on hold in a world that is only as large as his cell and the people who send him letters, which we have chosen not to do. When he leaves that space, he will never again be able to do the work that gave him joy and he did so well. Our community has also lost that talent.

I don't know what David did or failed to do in relation to this case. I believe that there is a good person who can still be a value to our community inside of him. I believe that the time he has served and the loss of the life he had planned for the next forty or fifty years is a punishment of staggering proportion and ask that you please consider it in that context. I also believe that David's choices hurting his parents, his brother, and our family carries a great deal more weight on David's heart than you might imagine.

Thank you for your time.
Sincerely,

Case: 3:24-cr-00103-TMR Doc #: 53-1 Filed: 03/04/26 Page: 10 of 14 PAGEID #: 690

Gmail

**Phyllis Snell <uconudreamon@gmail.com>**

# Fwd: Hard Read

**M.D. Snell** <matthewdsnell@gmail.com>
To: Phyllis Snell <uconudreamon@gmail.com>

Sun, Sep 7, 2025 at 7:03 PM

---------- Forwarded message ---------
From: **michael sterling** <                              >
Date: Sun, Sep 7, 2025, 6:00 PM
Subject: Re: Hard Read
To: M.D. Snell <                              >

On Wednesday, September 3, 2025 at 04:31:56 AM EDT, M.D. Snell <                              > wrote:

Dear Honorable Judge Rose,

I am writing to respectfully advocate for leniency in the sentencing of David Snell. I have known David and his family for decades, and I've been especially close with his older brother, Matthew. Through that relationship, I've come to know the values and environment in which David was raised, one rooted in compassion for others, resiliency and loyalty.

David's plea has come as a deep shock to those of us who have known him and his family throughout the years. While I do not condone or minimize the seriousness of the charges, I can speak to the remorse he has expressed and the consequences he has already received, with his dissolvement of his recent marriage and the embarrassment this has caused his family. In a recent letter from David while incarcerated, he shared with me the profound regret and shame he feels and the pain he has caused his loved ones.

I ask that Your Honor consider the impact of this sentence has on his family, particularly his caring, aging parents. The difference between a lengthy and a more measured sentence could determine whether they are able to embrace their son again outside of prison walls. They remain steadfast in their support of him, and I believe that support will be critical in helping David rebuild his life and contribute meaningfully to society.

If granted leniency, I am confident that David will not waste the opportunity. He has a strong network of family and friends prepared to stand by him and support his rehabilitation. I don't believe David is someone who cannot be repaired.

Thank you for your time and consideration.

With sincere respect,

Michael Sterling

Christopher Lakner

15730 Moss Fire Court

Moseley, Va 23120


August 25, 2025


Honorable Judge,

My name is Christopher Lakner, and I am writing on behalf of my younger cousin, David Snell, who is in front of the court. I have known David since he was born, both as a family member and as someone I've watched grow into a dedicated educator and caring individual.

As a teacher, David was deeply committed to his students' growth and well-being. I've seen firsthand how he volunteered extra hours to tutor struggling students and how he often spoke about the importance of education and mentorship.  As a soccer coach he has been praised for his work with turning around troubled teams.

I understand the seriousness of the charge against David, and I am not trying to diminish its gravity. However, I respectfully ask the court to consider the broader context of who he is—a person who has consistently demonstrated compassion, responsibility, discipline and hard work.

I remain confident that David is capable of learning from this experience and contributing positively to society. Thank you for taking the time to consider this letter. Should you require any further information, I am willing to provide it.


Christopher J. Lakner

July 30, 2025

Richard Jerry Brady
8834 Washington Colony Drive
Dayton, OH 45458
Jerrybrady9@gmail.com
(937) 367-1130

The Honorable Judge Rose,

Re: David Anthony Snell

Honorable Judge Rose,

I am writing this letter as a personal advocate for David Anthony Snell, whom I have known since he was a child through my close friendship with his parents, David & Phyllis Snell. I understand the seriousness of the charges he is facing, However, I respectfully ask that you consider the exceptional support system surrounding him.

David Anthony Snell was raised by parents who are widely respected as pillars of our community. David's father and I have been best friends for over 50 years. He and his wife have consistently demonstrated integrity, compassion, and civic responsibility in both their personal and professional lives. I can personally attest to their unwavering commitment to doing what is right and instilling those same values in their children. They are committed to supporting David through any means necessary. With the support of his dedicated family and parents, David has the capacity to grow, mature, and ultimately contribute positively to society.

Thank you for your time and for your thoughtful consideration of this letter. I trust that you will weigh all aspects of this case, including the strong community and familial support that will be crucial in David's path toward his future.

Respectfully,

Richard J. Brady

Richard Jerry Brady

Allan Lakner

6101 Moss Creek Ct

Midlothian Va 23112

August 25, 2025

Dear Judge,

My name is Allan Lakner and I am writing to advocate for my nephew, David Snell. I have known David his entire life. I observed him growing up and attending many family functions. He was always well behaved and helpful. He is still a part of our extended family. David had spoken often growing up about being a coach and teacher. That career suits his personality very well. David has always been an excellent coach and has earned respect for his results in turning around less successful teams. As a coach, David seems to be able to get people to believe in themselves and accomplish goals they never thought they could.

I understand the seriousness of the charge against David, and I do not intend to diminish its gravity. However, I respectfully ask the court to consider the broader context of who he is—a person who has consistently demonstrated responsibility and discipline.

I remain confident that David is capable of learning from this experience and contributing positively to society. Thank you for taking the time to consider this letter. Should you require any further information, I am willing to provide it.

Allan B. Lakner

Nicole Lakner
100 Blackgum Ct
Stafford, Va 22554
Nikkilakner@mac.com
July 27, 2025

Dear Honorable Judge,

I have had the privilege of knowing David Snell for his entire life as his cousin. Since he was about 7 or 8 years of age he has talked about being a teacher and since that time, I have witnessed him consistently demonstrate a desire to help people as a coach and educator.  His work coaching and teaching have helped untold numbers of kids reach their potential.  We have had several conversations about training and education of employees and students and how to best mentor and motivate them further in their training and education to lead fuller lives and careers.

While I do not condone any behavior that may have led to his current incarceration and charges, I also do not see them as an accurate and full reflection of David's character and potential.  I respectfully ask the court to consider David's abilities and potential in its decision.

Thank you for your time and consideration in this case.

Respectfully,


Nicole Lakner